LAW OFFICES
# EPSTEIN, GRAMMATICO
# GANN, FRANKINI & MAROTTA

DIANA T. BISHOP
TRACEY J. EPSTEIN
ANDREW J. FRANK
JAMES FRANKINI
JUDITH S. GANN
CLAUDE N. GRAMMATICO
LILLIAN M. KENNEDY
FRANK MAROTTA
HELAYNE D. ROJAS

Employees of Nationwide Mutual Insurance Company®
Not a Partnership

SUITE 414
1393 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NEW YORK 11788

(631) 265-9191
(FAX) (631) 265-9258

OFFICE SUPERVISOR
SUSAN GIANNELLI

PARALEGALS
ELIZABETH O'ROURKE
CYNTHIA M. POMILLA

April 7, 2004

VIA FACSIMILE
718-260-2457

United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Attention: Hon. John Gleeson

Re: Harris, Atiya; Severino, Rafael; Severino Jr., Rafael
An Infant under the age of 18 yrs of age by his
father & N/G Severino, Rafael and Severino, Rachelle,
An infant under the age of 18 yrs. by his father &
N/G, Severino, Rafael v. Ware, Stacey D.
Docket #: CV 04 1120 (JG)(MP)
Claim #: 52 07 E 021821 01
D/A: 03/24/2001
Our File #: 04HP00144(LMK)

Dear Honorable Gleeson:

This office represents defendant, Stacey D. Ware, in the above matter.

We are hereby requesting, with the consent of plaintiffs' counsel, an extension of time to answer the Verified Complaint to April 20, 2004.

Very truly yours,

Claude N. Grammatico (4158)

CNG:eo'r
cc:
William S. Kanas, Esq. (7671)
Sanford L. Pirotin, P.C.
323 Madison Street
Westbury, NY 11590
Via Facsimile (516-333-3484)