UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ATIYA HARRIS; RAFAEL SEVERINO; RAFAEL
SEVERINO, JR., an infant under the age of eighteen
(18) years of age by his father and natural guardian,          DISCLOSURE
RAFAEL SEVERINO; and RACHELLE SEVERINO,                        STATEMENT
An infant under the age of eighteen (18) years of age
By his father and natural guardian, RAFAEL
SEVERINO,
            Plaintiffs,                                        INDEX: 04 CV 1120

    -against-                                                 GLEESON, J.

STACEY D. WARE,                                                POHORELSKY, M.

            Defendant.
------------------------------------------------------------------------X

    Pursuant to Rule 9 of the General Rules of the Eastern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    None

DATED: New York, NY
         April 20, 2004

                                                  Respectfully submitted,

                                                  McDONALD, CARROLL, COHEN & RAYHILL
                                                  Attorneys for Defendant
                                                  STACEY D. WARE
                                                  One Whitehall Street
                                                  New York, NY 10004-2109
                                                  Phone: (212) 248-9100
                                                  Fax Nos: (212) 510-9257, 510-9258,
                                                  FILE NO. 04NY00809

                                By:  _____
                                     ROBERT F. McCARTHY (RM-9676)

TO: SANFORD L. PIROTIN, P.C.,
    Attorneys for Plaintiff
    323 Madison Street
    Westbury, NY 11590
    (516) 333-2553

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
CITY OF NEW YORK  )
COUNTY OF NEW YORK)

LAURIE ANN LEPORE being duly sworn deposes and says, that she is employed by McDONALD, CARROLL, COHEN & RAYHILL, the attorneys for the within named defendant – **STACEY D. WARE** . That on April 20, 2004 the served the within DISCLOSURE STATMENT upon the following:

    SANFORD L. PIROTIN, P.C.,
    Attorneys for Plaintiff
    323 Madison Street
    Westbury, NY 11590
    (516) 333-2553

by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Post Office Box regularly maintained by the United States Government at One Whitehall Street, in said County of New York directed to said attorneys for the named above, that being the address within the state designated by them for the purpose upon the preceding papers in this action, or the place where they then kept an office, between which places there then was and now is a regular communication by mail.

    Deponent is over the age of 18 years and is not a party to the action.

                                          LAURIE ANN LEPORE

Sworn to before me on
April 20, 2004

_____
Notary Public

VERONICA SANTIAGO
Notary Public, State of New York
No. 01SA6006631
Qualified in Bronx County
Commission Expires May 4, 20__