BEFORE:    VIKTOR V. POHORELSKY                    DATE:    9/28/04
           U.S. MAGISTRATE JUDGE            START TIME:    3:15 p.m.
                                              END TIME:    3:30 p.m.

DOCKET NO.   CV-04-1120                    ASSIGNED JUDGE:    JG

CASE NAME:   Harris v. Ware

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:   Initial Scheduling

APPEARANCES:      Plaintiff    William Kanas

                  Defendant    Robert McCarthy

SCHEDULING AND RULINGS:

1.    The next conference will be held at **2:00 p.m. on Tuesday, October 12, 2004.**  The
      conference will be canceled upon notice to the magistrate judge that a premotion
      conference has been requested before Judge Gleeson.

2.    If a premotion conference is requested, counsel for the defendant shall advise
      chambers of the magistrate judge of the date and time of the premotion
      conference, and counsel shall report to Room 521 for a brief status conference
      immediately after the conclusion of the premotion conference.