UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

| | |
|---|---|
| ATIYA HARRIS; RAFAEL SEVERINO; RAFAEL SEVERINO, JR., an infant under the age of eighteen (18) years of age by his father and natural guardian, RAFAEL SEVERINO; and RACHELLE SEVERINO, An infant under the age of eighteen (18) years of age By his father and natural guardian, RAFAEL SEVERINO, | **Rule 56.1 Statement** |
| Plaintiffs, | INDEX:  04 CV 1120 |
| -against- | GLEESON, J. |
| STACEY D. WARE, | POHORELSKY, M. |
| Defendant. | |

----------------------------------------------------------------------X

Pursuant to the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Local Civil Rule 56.1, defendant STACEY D. WARE, appearing herein by McDONALD, CARROLL, COHEN & RAYHILL, alleges the following material facts as to which the moving party herein contends there is no genuine issue to be tried:

1. The accident forming the basis of plaintiffs' lawsuit occurred on March 24, 2001, in the State of Delaware. See State of Delaware Uniform Traffic Collision Report, annexed hereto.

2. The accident forming the basis of plaintiff's lawsuit was investigated by Cpl. Douglas Rentz, a resident of the State of Delaware. See State of Delaware Uniform Traffic Collision Report, annexed hereto.

3. Defendant Stacey Ware is a resident of the State of Delaware. See State of Delaware Uniform Traffic Collision Report, annexed hereto.

4. The State of Delaware possesses the most significant relationship to this action.

DATED:   New York, NY
         October 20, 2004

Respectfully submitted,

McDONALD, CARROLL, COHEN & RAYHILL
Attorneys for Defendant
STACEY D. WARE
One Whitehall Street
New York, NY 10004-2109
Phone: (212) 248-9100
Fax Nos: (212) 510-9257, 510-9258,
FILE NO. 04NY00809


By:_____
    ROBERT F. McCARTHY  (RM-9676)


TO:    SANFORD L. PIROTIN, P.C.,
         Attorneys for Plaintiff
         323 Madison Street
         Westbury, NY 11590
         (516) 333-2553

# STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT

COMPLAINT NO. 09-01-26866

☐ REPORTABLE PROPERTY DAMAGE
■ NON-REPORTABLE
☐ LATE REPORT
☐ PERSONAL INJURY
☐ HAZ/MAT.
☐ FATALITY
☐ COMM. VEH.

T-9 TROOP/DEPARTMENT

5415

| 3. MON.-DATE-YEAR | 4. DAY | 5. TIME OCCURRED | 6. NOTIFIED | 7. ARRIVED | 8. GRID NO. | 9. SECTOR | 12. LIGHT CONDITION |
|---|---|---|---|---|---|---|---|
| 03/24/01 | SA | 1640 | | | 1 | | |

10. NUMBER & NAME OF STREET OR HIGHWAY: PRIVATE PROPERTY - CHRISTIANA MALL RD
13. WEATHER CONDITION:

11. NON. INTSECT. 1,000 FEED ☒N ☒E OF: STATE ROUTE 1 CR 67
14. SURFACE CONDITION:

16. PRIM. CONTRIB. CIRCUM.:
8. SPEED TOO FAST  11. DISREGARD TRAFFIC SIGNAL  14. FOLLOWING TOO CLOSE  17. MECH. DEFECT
9. FAIL TO YIELD ROW  12. DROVE LEFT OF CENTER  15. MADE IMPROPER TURN
10. PASSED STOP SIGN  13. IMPROPER PASSING  16. DRIVING UNDER INFLUENCE
16. TRAFFIC CONTROL:      FUNCT. PROPER:

17. COLLISION INVOLVED:   18. ON RDWY:   19. EMERG. RESPON:   20. ____MILES ☐NE ☐SW IN/OF: CITY OR TOWN
21. CTY:  22. CODE:  23. MILE POINT:

| | NO. 1 | | | NO. 2 | | |
|---|---|---|---|---|---|---|
| 24. NAME | LAST: HARRIS | FIRST: ATIYA | M.I. R | LAST: WARE | FIRST: STACEY | M.I. D |
| 25. STREET ADDRESS | 590 FULTON ST APT 3C | | | 12 CIRCLE DRIVE EAST | | |
| 26. CITY | HEMPSTEAD | 27. STATE: NY | 28. ZIP: 11550 | 26. CITY: MILTON | 27. STATE: DE 28. ZIP: 19968 | |
| 29. PHONE | 516-539-7465 | | | 684-3565 | | |
| 30. DRIVERS LICENSE NO. | 344528339 | 31. STATE: NY | 32. DOB: 02/10/73 | 972582 | 31. STATE: DE 32. DOB: 05/07/77 | |
| 33. AGE 34. SEX | M (F) | | | M F | | |
| 38. VEHICLE YR. 39. MAKE 40. MODEL | 1997 NISSAN SENTRA | | | 1998 FORD WINSTAR | | |
| 42. REG NO. 43. STATE 44. COLOR 45. DAMAGE 46. TRAILERS | DG840Y NY SILVER $300- 0 | | | PC193828 DE BLUE $300- 0 | | |
| 47. OWNER | SAA | | | SAA | | |
| 48. STREET | SAA | | | SAA | | |
| 49. INSURANCE COMPANY / NUMBER | CLARENDON NUM723366 | | | DAIRYLAND AUTO INS DE 07000 1101 | | |

52. NO. 1 TOWED BY: ___ TO: ___
52. NO. 2 TOWED BY: ___ TO: ___

Collision type diagrams: 1. Rear (circled), 2. Passing, 3. Angle, 4. Right Turn, 5. Right Turn, 11. Other, 8. Head On, 7. Sideswipe, 6. Indicate Object, 9. Left Turn, 10. Left Turn

53. Vehicle damage diagrams (both vehicles)

CODE WITNESS INFORMATION:
55. NO WITNESS INFORMATION AVAILABLE

V1 WAS TRAVELING N/B ON CHRISTIANA MALL RD. V2 WAS TRAVELING DIRECTLY BEHIND V1. V1 STOPPED TO MAKE A LH TURN. OP#2 WAS UNABLE TO STOP IN TIME. THE FRONT LEFT OF V2 STRUCK THE RIGHT REAR OF V1 FOR POI #1 APPROX 1,000' E/O STATE ROUTE 1. POI #1 WAS FRP OF BOTH VEHICLES. OP#1 STATED SHE HAD HER TURN SIGNAL ON BEFORE SHE STOPPED TO MAKE THE TURN. OP#2 STATED THAT V1 SUDDENLY STOPPED AND THAT THERE WAS NO TURN SIGNAL BY V1. OP#2 STATED SHE SWERVED TO THE RIGHT BUT WAS UNABLE TO AVOID A COLLISION.

GENERAL: 1.YES 2.NO 3.UNKNOWN 4.N/A 5.PENDING 6.NONE 7.OTHER
12. LIGHT COND.: 18.DAYLIGHT 19.DAWN/DUSK 20.DARK/LIT 21.DARK/UNLIT
13. WEATHER: 22.CLEAR 23.RAIN 24.SNOW/SLEET 25.FOG 26.CLOUDY
14. SURFACE: 27.DRY 28.WET 29.SNOWY 30.ICY
15. CONTROLS: 31.STOP SIGN 32.STOP & GO LIGHT 33.YIELD SIGN 34.WARNING SIGN 35.LANE MARKINGS 36.FLASHING SIGNAL
17. COLLISION INVOLVED: 37.MV IN TRANSPORT 38.NON-COL. OVERTURN 39.MV ON OTHER RDWY 40.PEDESTRIAN 41.PARKED VEHICLE 42.RAILROAD TRAIN 43.PEDALCYCLIST 44.ANIMAL 45.FIXED OBJECT 46.OTHER OBJECT 47.OTHER NON-COLLIS.
35. SOBRIETY: 48.NOT DRINKING 49.HBD NOT IMPAIRED 50.HBD IMPAIRMENT UNK 51.UNDER THE INFLUENCE 52.PBT 53.BREATH 54.BLOOD 55.URINE
41. BODY STYLE: 56.PASSENGER CAR 57.PICK-UP TRUCK 58.VAN/PANEL TRUCK 59.FARM VEHICLE 60.MOTORCYCLE 61.BUS 62.SCHOOL BUS 63.6 WHEEL TRUCK 64.10 WHEEL TRUCK 65.TRACT. & SEMI TR.(S)

| 56. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|---|
| DOUGLAS RENTZ | CPL | 3151 | 3/25/01 | | |

PAGE 1 OF 1