LAW OFFICES

# McDONALD, CARROLL, COHEN & RAYHILL

DAVID L. BENDIK
MICHAEL A. BUFFA
DENIS E. CARROLL
PAUL COHEN
MARK A. COLLESANO
JOHN K. CORRIGAN
STEVEN M. DISTLER
ALEXANDER D. FISHER
STEPHEN I. GOLDBERG
ROBERT F. McCARTHY
VIRGINIA E. McDONALD
KATHLEEN E. NEGRI
MICHAEL P. O'BRIEN
GAIL P. PARISER
KENNETH E. PINCZOWER
BRIAN J. RAYHILL

Employees of Nationwide Mutual Insurance
Company®
Not a Partnership

13TH FLOOR
ONE WHITEHALL STREET
NEW YORK, NY 10004-3605
—————

(212) 248-9100
FAX (212) 510-9257, and 510-9258

THOMAS J. REILLY
RAYMOND J. SOFIELD

OFFICE SUPERVISOR
SELENA STIGALL

PARALEGALS
CHERYL E. CHARLES
TRANELL D. DANIELS
ALICE JUNE HOEY
STAVROULA S. KONTOGIANNIS
KINAYA REEVES
LAURA E. RUBINICH
VINCENT VOZZO

November 15, 2004

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    Attiya Harris, et al., v. Stacey D. Ware
        Index No.:    04 CV 1120
        Our File No.:  04NY00806

Your Honor:

This office represents defendant Stacey Ware, with respect to the above-referenced litigation.

Subsequent to letter application by this office to Judge John Gleeson, a pre-motion conference has been scheduled for November 23, 2004, at 10:30 a.m.  Pursuant to Your Honor's prior directive, the parties will report to the Court following the conference of November 23, to advise the status of the proceedings.

Should the Court require any additional information, please do not hesitate to contact the undersigned.

Respectfully submitted,

McDONALD, CARROLL, COHEN & RAYHILL

By:    _____
        Robert F. McCarthy (RM-9676)
cc:    Sanford L. Pirotin, PC
        323 Madison Street
        Westbury, NY 11590