BEFORE:    VIKTOR V. POHORELSKY           DATE:        11/23/04
           U.S. MAGISTRATE JUDGE              START TIME:  11:00 a.m.
                                              END TIME:    11:15 a.m.

DOCKET NO.    CV-04-1120                                    JUDGE:    JG

CASE NAME:    Harris v. Ware

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Walk-In Status

APPEARANCES:    Plaintiff      William Kanas

                Defendant     Robert McCarthy

SCHEDULING AND RULINGS:

1.    The next conference will be held on February 4, 2005 immediately after oral argument before Judge Gleeson (scheduled for 9:30 a.m.) concludes on the defendant's omnibus motion.