CIVIL CAUSE FOR ~~STATUS~~ CONFERENCE

BEFORE JUDGE: __GLEESON__   DATE: __11/23/04__   TIME: _____
DOCKET NUMBER: __04-1120__
TITLE: __Ati Harris v Ware__
COURT DEPUTY: __V. Klein__   CR OR ESR: __Diana Pereira__

APPEARANCES:

FOR PLAINTIFF: __William Karas__

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

FOR DEFENDANT: __Robert McCarthy__

K  CASE CALLED.
K  COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

X  PMC ~~STATUS~~ CONFERENCE HELD

___ CASE MARKED READY FOR JURY\NON JURY TRIAL ON_____

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COSTS.

___ ALL DISCOVERY TO BE COMPLETED BY_____

___ _____ MOTION TO_____

___ MOTION HEARING HELD   ___ MOTION GRANTED   ___ MOTION DENIED

___ MOTION GRANTED IN PART AND DENIED IN PART

___ DECISION RESERVED   ___ DECISION READ INTO THE RECORD.

___ ORDER TO BE SUBMITTED BY_____

Mtn to be filed 1/07/05; Opposition 1/21/05; reply 1/28/05
Argument 2/4/05 @ 9:30