LAW OFFICES
# McDONALD, CARROLL, COHEN & RAYHILL

DAVID L. BENDIK
MICHAEL A. BUFFA
DENIS E. CARROLL
PAUL COHEN
MARK A. COLLESANO
JOHN K. CORRIGAN
STEVEN M. DISTLER
ALEXANDER D. FISHER
STEPHEN I. GOLDBERG
ROBERT F. McCARTHY
VIRGINIA E. McDONALD
KATHLEEN E. NEGRI
MICHAEL P. O'BRIEN
GAIL P. PARISER
KENNETH E. PINCZOWER
BRIAN J. RAYHILL

Employees of Nationwide Mutual Insurance Company®
Not a Partnership

13TH FLOOR
ONE WHITEHALL STREET
NEW YORK, NY 10004-3605
_____

(212) 248-9100
FAX (212) 510-9257, and 510-9258

THOMAS J. REILLY
RAYMOND J. SOFIELD

OFFICE SUPERVISOR
SELENA STIGALL

PARALEGALS
CHERYL E. CHARLES
TRANELL D. DANIELS
ALICE JUNE HOEY
STAVROULA S. KONTOGIANNIS
KINAYA REEVES
LAURA E. RUBINICH
VINCENT VOZZO

January 5, 2005

Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Attiya Harris, et al., v. Stacey D. Ware</u>
           Index No:    04 CV 1120
           NETS No:    04NY00806

Your Honor:

This office represents defendant Stacey Ware, with respect to the above-referenced litigation. On November 23, 2004, a Pre-motion Conference was held before the Court after letter application by this office. A motion schedule was set at the conference, which required the initial papers to be delivered by January 7, 2005. Opposition papers were designated for January 21, 2005, and reply papers were scheduled for January 28, 2005. The matter was scheduled for oral argument before the Court on February 4, 2005, at 9:30 a.m.

During efforts by this office to complete the initial motion papers, it became apparent that certain materials were required from the State of Delaware, due to the fact that the situs of the accident was Delaware, and certain witnesses and documents were located in the State of Delaware. Portions of the needed material in support of the motion remain outstanding.

At this juncture, and with the consent of counsel for plaintiff, this office is respectfully requesting an adjournment of the due dates. We would be grateful if the Court would reset the motion schedule for submission of initial papers by February 4, 2005, submission of opposition papers by February 18, 2005, submission of reply papers by February 25, 2005, and oral argument before the Court on March 4, 2005. No prior application for rescheduling of the motion due dates has been made.

Honorable John Gleeson
United States District Judge
January 5, 2005
Page 2 of 2

We are grateful for the Court's consideration for this regard. Should the Court require any additional information, please do not hesitate to contact the undersigned.

Very truly yours,

McDONALD, CARROLL, COHEN & RAYHILL

By: _____
     Robert F. McCarthy (RM-9676)

RFM/rmb

cc:   Sanford L. Pirotin, PC
      323 Madison Street
      Westbury, NY 11590