LAW OFFICES<br>
**McDONALD, COHEN & RAYHILL**

| | | |
|---|---|---|
| DAVID L. BENDIK<br>MICHAEL A. BUFFA<br>PAUL COHEN<br>MARK A. COLLESANO<br>JOHN K. CORRIGAN<br>STEVEN M. DISTLER<br>ALEXANDER D. FISHER<br>STEPHEN I. GOLDBERG<br>ROBERT F. McCARTHY<br>VIRGINIA E. McDONALD<br>KATHLEEN E. NEGRI<br>MICHAEL P. O'BRIEN<br>GAIL P. PARISER<br>KENNETH E. PINCZOWER<br>BRIAN J. RAYHILL | Employees of Nationwide Mutual Insurance Company®<br>Not a Partnership<br><br>13TH FLOOR<br>ONE WHITEHALL STREET<br>NEW YORK, NY 10004-3605<br>_____<br><br>(212) 248-9100<br>FAX (212) 510-9257, and 510-9258 | THOMAS J. REILLY<br><br>OFFICE SUPERVISOR<br>SELENA STIGALL<br><br>PARALEGALS<br>CHERYL E. CHARLES<br>TRANELL D. DANIELS<br>ALICE JUNE HOEY<br>STAVROULA S. KONTOGIANNIS<br>KINAYA REEVES<br>VINCENT VOZZO |

February 24, 2005

Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Attiya Harris, et al v. Stacey D. Ware</u>
     Docket No. 04 CV 1120
     Our File No. 04NY00806

Dear Honorable Sirs:

This office represents defendant Stacey Ware with respect to the above-referenced matter. Enclosed herewith are courtesy copies of the following motion papers:

(1) Notice of Motion dated February 4, 2005 with Exhibits; (2) Affidavit of Robert F. McCarthy, Esq. sworn to on February 4, 2005 with Exhibits; (3) Defendant's Memorandum Of Law dated February 4, 2005; (4) Affidavit of Service sworn to on February 4, 2005; (5) Affirmation of William S. Kanas, Esq. dated February 17, 2005 with Exhibits; (6) Reply Affidavit of Robert F. McCarthy, Esq. sworn to on February 24, 2005; (7) Defendant's Reply Memorandum of Law dated February 24, 2005; and (8) Affidavit of Service sworn to on February 24, 2005.

The papers have been filed electronically and the exhibits are being filed with the Clerk of the Court, Docket Section, under copy of this letter.

Should the Court require any additional information, please do not hesitate to contact the undersigned.

February 24, 2005

Very truly yours,

McDONALD, COHEN & RAYHILL

By: _____
      ROBERT F. McCARTHY (RM-9676)

RFM/ptg
Enclosure

cc:    Clerk of the Court, Docket Section
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

        William S. Kanas, Esq.
        Law Office of Sanford L. Pirotin, P.C.
        323 Madison Street
        Westbury, NY 11590