IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATIYA HARRIS and<br>RAFAEL SEVERINO, individually and<br>  as father and natural guardian of minors<br>  Rafael Severino, Jr. and<br>  Rachelle Severino,<br><br>            Plaintiffs,<br><br>      v.<br><br>STACEY D. WARE,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-138 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(6) and 12(b)(5), defendant Stacey D. Ware moves the Court for an order dismissing all claims against her. The grounds for this motion are set forth in an accompanying memorandum of law.

                                              BOUCHELLE & PALMER

                                              /s/   Steven F. Mones
                                            Steven F. Mones (Del.Bar #2611)
                                            Christiana Executive Campus
                                            131 Continental Drive, Suite 407
                                            Newark, DE  19713
                                            T:  302-292-6660
                                            Attorneys for Defendant

April 28, 2005

<u>Certificate of Service</u>

I certify that, on this date, one copy each of defendant's Motion to Dismiss and Memorandum in Support of Motion to dismiss were served, by first class mail, on the following individual:

William S. Kanas, Esquire
Sanford L. Pirotin, P.C.
323 Madison Street
Westbury, NY  11590

                                                  /s/  Steven F. Mones
                                                  Steven F. Mones

April 28, 2005